FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 2 7 2010

GREGORY C. LANGHAM
CLERK



# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. '10 - CV - 0 1 7 7 2 *BnB*

**(The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.)**

KENNETH JENNINGS,

     Plaintiff,

v.

ARI ZAVARAS, Director, Colorado Department of Corrections,
STEVE GREEN, Warden, Buena Vista Correctional Facility,
WILLIAM BRUNNELL, Associate Warden, Buena Vista Correctional Facility,
J. LENGERICH, Major, Buena Vista Correctional Facility,
T. COLEMAN, Captain, Buena Vista Correctional Facility,
G. KNAPIC, Lieutenant, Buena Vista Correctional Facility,
P. WILLIAMS, Lieutenant/Property Supervisor, Buena Vista Correctional Facility, and
JOHN SUTHERS, Attorney General, State of Colorado,
     Individually and in their official capacities, and each of their supervisors,
     designees, and all unnamed individuals that directly participated in the wrong, or
     formulated the policy, officers, agents as Defendants,

     Defendants.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND
## DIRECTING Plaintiff TO CURE DEFICIENCY

---

     Plaintiff has submitted a "Motion for Appointment of Counsel," a Prisoner's

Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Prisoner

Complaint. As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court

has determined that the submitted documents are deficient as described in this order.

Notwithstanding the deficiencies, the clerk of the court will be directed to commence a

civil action. Plaintiff will be directed to cure the following if he wishes to pursue his

claims. Any papers which the Plaintiff files in response to this order must include the

civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
| | | |
|---|---|---|
| (1) | __ | is not submitted |
| (2) | __ | is missing affidavit |
| (3) | X | is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing (account statement submitted does not cover 6-month period immediately preceding this filing) |
| (4) | __ | is missing certificate showing current balance in prison account |
| (5) | __ | is missing required financial information |
| (6) | __ | is missing an original signature by the prisoner |
| (7) | __ | is not on proper form (must use the court's current form) |
| (8) | __ | names in caption do not match names in caption of complaint, petition or habeas application |
| (9) | __ | An original and a copy have not been received by the court. Only an original has been received. |
| (10) | __ | other:_____. |

**Complaint, Petition or Application**:
| | | |
|---|---|---|
| (11) | __ | is not submitted |
| (12) | __ | is not on proper form (must use the court's current form) |
| (13) | __ | is missing an original signature by the prisoner |
| (14) | __ | is missing page nos. ___ |
| (15) | __ | uses et al. instead of listing all parties in caption |
| (16) | __ | An original and a copy have not been received by the court. Only an original has been received. |
| (17) | __ | Sufficient copies to serve each defendant/respondent have not been received by the court. |
| (18) | __ | names in caption do not match names in text |
| (19) | __ | other _____ |

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above

**within thirty (30) days from the date of this order**. Any papers which the Plaintiff

files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 23ᵈ day of _____ July _____, 2010.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. '10 - CV - 0 1 7 7 2

Kenneth Jennings
Prisoner No.  47915
Buena Vista Corr. Facility
PO Box 2017
Buena Vista, CO 81211

     I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on_____7/27/10_____

GREGORY C. LANGHAM, CLERK

By:_____
           Deputy Clerk