IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01772-ZLW

KENNETH JENNINGS,

        Plaintiff,

v.

ARI ZAVARAS, Director, Colorado Department of Corrections,
STEVE GREEN, Warden, Buena Vista Correctional Facility,
WILLIAM BRUNNELL, Associate Warden, Buena Vista Correctional Facility,
J. LENGERICH, Major, Buena Vista Correctional Facility,
T. COLEMAN, Captain, Buena Vista Correctional Facility,
G. KNAPIC, Lieutenant, Buena Vista Correctional Facility,
P. WILLIAMS, Lieutenant/Property Supervisor, Buena Vista Correctional Facility,
    individually and in their official capacities, and each of their supervisors,
    designees, and all unnamed individuals that directly participated in the wrong, or
    formulated the policy, Officers, Agents as Defendants, and
JOHN SUTHERS, Attorney General of the State of Colorado,

        Defendants.

---

ORDER TO CURE DEFICIENCY

---

Weinshienk, Senior Judge

Plaintiff submitted a Motion for Leave to Proceed In Forma Pauperis and Certified Account Statement on November 1, 2010 . The court has determined that the document is deficient as described in this order. Plaintiff will be directed to cure the following if he wishes to pursue this appeal.

**(A)**   **Filing Fee**
      ___ is not submitted

**(B)** **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:

- __ is not submitted
- __ is missing affidavit
- _X_ is missing <u>certified copy</u> of prisoner's trust fund statement for the 6-month period immediately preceding this filing
- __ is missing required financial information
- __ is missing an original signature by the prisoner
- _X_ is not on proper form (must use the court's current form)
- __ other_____

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above within 30 days from the date of this order. Any papers that Plaintiff filed in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the Clerk of the Court mail to Plaintiff, together with a copy of this order, an original and one copy of the following forms: Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies within 30 days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado, this __3rd__ day of __November__, 2010.

BY THE COURT:

_/s/ Christine M. Arguello_
CHRISTINE M. ARGUELLO
United States District Judge for
ZITA LEESON WEINSHIENK
Senior Judge, United States District Court

2